UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  NO: 4:09CR00122-02 JLH

SYLVESTER THOMAS

### DISMISSAL OF INDICTMENT

Pursuant to **Rule 48(a)** of the **Federal Rules of Criminal Procedure** and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Arkansas hereby dismisses the above-styled indictment against the named defendant only.

JANE DUKE
United States Attorney

/s/ Edward O. Walker
Edward O. Walker
Assistant U.S. Attorney
Bar 2000076
P. O. Box 1229
Little Rock, Arkansas  72203
(501) 340-2600
Edward.O.Walker@usdoj.gov

Leave of Court is granted this 5th day of April, 2010 for the filing of the foregoing dismissal of indictment.

_____
UNITED STATES DISTRICT JUDGE